**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01411-CR

### TRACY SWIMS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-30583-N

## ORDER

The Court **REINSTATES** the appeal.

On January 10, 2014, the Court ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. To date, we have not received the findings or the clerk's record. We have received the reporter's record. Accordingly, in the interest of expediting the appeal, this is now the order of the Court.

We **ORDER** the Dallas County District Clerk to file the clerk's record in these appeals within **FIFTEEN DAYS** of the date of this order.

We **ORDER** Karren Jones, Deputy Official Court Reporter, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 38 and 46.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: Karren Jones, Deputy Official Court Reporter; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE